UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.

1:18-mc-91302-LTS

IN RE. PETITIONER: CHUKWUMA E. AZUBUKO

CLOSING ORDER DISMISSING CASE

SOROKIN, D.J.

In accordance with the Court's Order (CM/ECF No. 4) dated July 18, 2018 this case is hereby dismissed and closed.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES DISTRICT COURT

July 18, 2018